UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TOM R. NILES,

       Plaintiff,

  v.

ILLINOIS DISTRIBUTING COMPANY,

       Defendant.

Case No. 07-cv-511-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon a motion to dismiss by defendant for lack of jurisdiction, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff, Tom R. Niles, against the defendant, Illinois Distributing Company are **DISMISSED without prejudice for lack of subject matter jurisdiction.**

**DATED: September 6, 2007.**

                                                  **NORBERT G. JAWORSKI, CLERK**

                                                  **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:** s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **U.S. District Judge**